**No. 69532.**—Judson-Sheldon Int'l Corp. and Pacific Wood Products Co. et al. *v.* United States, protests 62/7470, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vinyl seat covers similar in all material respects to those the subject of Abstract 68744, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 7, 1965

**No. 69533.**—National Silver Co. *v.* United States, protests 63/17382, 63/17359, and 63/22207 (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.